UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ENEDINA DELACRUZ,<br>*an individual*,<br><br>        Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC.,<br>*a North Carolina Limited Liability<br>Company*<br><br>        Defendants. | Case No. 1:26-cv-01951-JLT-FJS<br><br>ORDER GRANTING PARTIES'<br>STIPULATION TO COMPEL<br>ARBITRATION OF PLAINTIFF'S<br>CLAIMS AND STAY THE ACTION<br>PENDING THE COMPLETION OF<br>ARBITRATION<br><br>(ECF No. 15) |

On January 29, 2026, Plaintiff Enedina DeLaCruz ("Plaintiff") filed her complaint against Defendant Lowe's Home Centers, LLC ("Defendant"). (ECF No. 15.)  On May 26, 2026, the parties filed a stipulation indicating their intention to submit the entire matter to arbitration in accordance with the terms of Plaintiff's employment at Lowes Home Center, LLC. (*Id.*) The parties also seek a stay of the action. (*Id.*)

ORDER

Based on the joint stipulation to submit Plaintiff's claims to binding arbitration and to stay action (the "Stipulated Request") submitted by the parties and good cause appearing therefore, the Court HEREBY GRANTS the parties stipulated request and HEREBY ORDERS, as follows:

1.     Plaintiff's claims in her complaint filed on January 29, 2026, in Kings County Superior Court, Case No. 26CU0043, which was removed to this court on March

11, 2026, (the "Action"), and all claims pled therein, shall be submitted to binding arbitration;

2.    The complaint in the action shall be deemed the operative demand for arbitration and that all statute of limitations relating to the claims asserted in the complaint shall be governed by the date the civil complaint was filed;

3.    Plaintiff shall submit a demand for arbitration for the claims in this action and attach a copy of the stipulated request and this order;

4.    The Parties shall meet and confer in good faith to select a retired judge as the arbitrator, and, if the Parties are unable to reach an agreement, the Parties shall select and use a retired judge as the arbitrator from the American Arbitration Association ("AAA") strike and rank list;

5.    During the stay ordered herein, this court shall retain jurisdiction to enforce the stipulated request and to enter, vacate, confirm, or modify any subsequent arbitration award; and

6.    The instant action is stayed pending completion of the arbitration.

IT IS SO ORDERED.

Dated:    __**May 27, 2026**__                    _____

UNITED STATES MAGISTRATE JUDGE